# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA R. STEVENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-148-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On September 17, 2015, United States Magistrate Judge Bernard M. Jones issued a Supplemental Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability benefits and supplemental security income. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 8, 2015.[1] A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Supplemental Report and Recommendation [docket no. 22] issued by the Magistrate Judge on September 17, 2015, and
(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 30th day of October, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff sought and received an extension until October 22, 2015 to file her objections.